UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREN CLARENCE SCHROEDER,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC, EXPERIAN, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 3:17-cv-01044-JPG-SCW |

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the plaintiff's and defendant TransUnion, LLC's stipulation of dismissal (Doc. 37) and the resolution of the status conference before Magistrate Judge Stephen C. Williams (Doc. 35). At the status conference, the parties indicated that plaintiff has fully settled with defendants Experian and TransUnion and those parties can be dismissed with prejudice based on the settlement. The stipulation notes the same in regards to plaintiff and TransUnion only. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and good cause shown, the Court **DISMISSES with prejudice** defendants TransUnion, LLC and Experian from this matter. The Clerk of Court is **DIRECTED** to terminate TransUnion, LLC and Experian as defendants in this case.

**IT IS SO ORDERED.**

**DATED: MARCH 8, 2018**

                                                                  *s/ J. Phil Gilbert*
                                                                   **J. PHIL GILBERT**
                                                                   **DISTRICT JUDGE**